B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsm@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THURMAN E. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>        Defendant. | Case No. 3:09-cv-03401 JL<br><br>**STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

      IT IS HEREBY STIPULATED by and between plaintiff THURMAN E. BROWN ("Plaintiff") and defendant NATIONAL RAILROAD PASSENGER CORPORATION. ("Defendant"), through their designated counsel, that plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on **June 17, 2010 at 2:00 p.m.** and will be conducted by Peter Slabaugh, M.D. at Webster Orthopaedic Medical Group, 80 Grand Avenue, Suite 400, Oakland, California 94612, Telephone: (510) 267-4017.

      This examination will be conducted for the purpose of determining the nature and extent of plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of accident in question, and

physical examination and evaluation.  Photographs of Plaintiff's injuries may be taken for use at trial.

Plaintiff shall be responsible for any cancellation or no show fees per Dr. Slabaugh's policy.

Dated: June 7, 2010  HILDEBRAND, MCLEOD & NELSON, INC.

By:     /s/ John Furstenthal
JOHN FURSTENTHAL
Attorneys for Plaintiff
THURMAN E. BROWN

Dated: June 7, 2010  LOMBARDI, LOPER & CONANT, LLP

By:     /s/ Liza Siu Mendoza
LIZA SIU MENDOZA
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

IT IS SO ORDERED:

DATED: __June 14_____, 2010

/s/ James Larson

HONORABLE JAMES LARSON
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-39158 LSM 584402.1     2     Case No. 3:09-cv-03401 JL

STIPULATION TO INDEPENDENT MEDICAL EXAMINATION