1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsm@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 11 | THURMAN E. BROWN, | Case No. 3:09-cv-03401 JL |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE SET ON JUNE 16, 2010 TO JULY 28, 2010** |
| 13 | v. | |
| 14 | NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation, | |
| 15 | | |
| 16 | Defendant. | |

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

13249-39158 LSM 585641.1                    1                    Case No. 3:09-cv-03401 JL
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE

The parties hereby stipulate to continue the subsequent case management conference scheduled on June 16, 2010 to **July 28, 2010 at 10:30 a.m. in Courtroom F** of the above entitled court. Mediation is this case is scheduled on July 13, 2010. Continuing the case management conference will allow the parties to complete mediation before the case management conference.

Dated: June 11, 2010             HILDEBRAND, MCLEOD & NELSON, INC.

By: _____/s/ John Furstenthal_____
JOHN FURSTENTHAL
Attorneys for Plaintiff
THURMAN E. BROWN

Dated: June 14, 2010             LOMBARDI, LOPER & CONANT, LLP

By: _____/s/ Liza Siu Mendoza_____
LIZA SIU MENDOZA
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

IT IS SO ORDERED:

DATED: __June 15_____, 2010

_/s/ James Larson_
HONORABLE JAMES LARSON
UNITED STATES DISTRICT JUDGE

13249-39158 LSM 585641.1                2                Case No. 3:09-cv-03401 JL

STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE