B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsm@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THURMAN E. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>Defendant. | Case No. 3:09-cv-03401 JL<br><br>**STIPULATION TO CONTINUE DISCOVERY** |

///
///
///
///
///
///
///
///
///
///
///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

1    The following is hereby stipulated by and between plaintiff THURMAN E. BROWN

2    ("Plaintiff") and defendant NATIONAL RAILROAD PASSENGER CORPORATION.

3    ("Defendant"), through their designated counsel:

4         1.   The IME scheduled on June 17, 2010 at 2:00 p.m. with Dr. Peter Slabaugh will be

5              continued to the next available date for Dr. Slabaugh and Mr. Brown;

6         2.   The depositions plaintiff had noticed on March 29, 2010 and April 2, 2010 will be

7              continued to a mutually available date for all parties.

8         3.   Expert disclosure shall remain on June 18, 2010, except that Dr. Slabaugh's report

9              will not be provided until two weeks after the IME.

10        4.   All other discovery deadlines shall remain unchanged.

11

12   Dated: June 15, 2010                    HILDEBRAND, MCLEOD & NELSON, INC.

13

14                                           By:_____/s/ John Furstenthal_____
                                                    JOHN FURSTENTHAL
15                                                  Attorneys for Plaintiff
                                                    THURMAN E. BROWN
16   Dated: June 15, 2010                    LOMBARDI, LOPER & CONANT, LLP

17

18                                           By:_____/s/ Liza Siu Mendoza_____
                                                    LIZA SIU MENDOZA
19                                                  Attorneys for Defendant
                                                    NATIONAL RAILROAD PASSENGER
20                                                  CORPORATION

21   IT IS SO ORDERED:

22

23   DATED: ___Jume 21_____, 2010

24                                           _____
                                             HONORABLE JAMES LARSON
25                                           UNITED STATES DISTRICT JUDGE

26

27

28