Anthony S. Petru, Esq., State Bar No. 91399
Ryan J. Otis, Esq., State Bar No. 260032
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
THURMAN E. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THURMAN E. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK", a corporation,<br><br>    Defendants. | CASE NO. 2:09-CV-03401 JL<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE HEARING**<br><br>**DATE:** November 10, 2010<br>**TIME:** 10:30 a.m.<br>**CRTRM:** F |

   COME NOW the parties, plaintiff THURMAN E. BROWN, represented by Anthony S. Petru, Esq. and Ryan J. Otis, Esq., of the law offices of Hildebrand, McLeod & Nelson, LLP and defendant NATIONAL RAILROAD PASSENGER CORPORATION, represented by B. Clyde Hutchinson, Esq., and Liza Siu-Mendoza, Esq., of the law offices of Lombardi, Loper & Conant, LLP who hereby enter into a stipulation and request that the November 10, 2010 Further Case Management Conference hearing be continued to **Wednesday, December 15, 2010,** for the following reasons.

/ / /

/ / /

/ / /

/ / /

1

Stipulation to Continue Further Case Management Conference
3:09-cv-03401

1    Plaintiff's counsel is not available to a attend the November 10, 2010 Further Case
2    Management hearing, as both are currently in trial in the matter of *Jensen vs. BNSF Railway*
3    *Company,* San Joaquin County Superior Court, Case No. 39-2008-00191105-CU-PO-STK.
4    Further, plaintiff's counsel is very close to resolving the Kaiser lien and anticipates it will be
5    resolved prior to the next Final Case Management Conference hearing.

DATED: November 9, 2010

HILDEBRAND, McLEOD & NELSON, LLP

By:      /s/ *Ryan J. Otis*
         RYAN J. OTIS., ESQ.
         Attorneys for Plaintiff
         THURMAN E. BROWN

DATED: November 9, 2010

LOMBARDI, LOPER & CONANT, LLP

By:      /s/ *Liza Siu-Mendoza*
         LIZA SIU-MENDOZA., ESQ.
         Attorneys for Defendant
         NATIONAL RAILRAOD PASSENGER CORPORATION

### **O R D E R**

**IT IS HEREBY ORDERED** that the currently scheduled Further Case Management Conference on November 10, 2010 is continued to **Wednesday, December 15, 2010 at 10:30 A.M., in Courtroom F.**

ENTERED this ____10____ day of November, 2010.

_____
THE HONORABLE JAMES LARSON
Magistrate Judge of the U.S. District Court

HILDEBRAND, MCLEOD & NELSON, INC. ATTORNEYS AT LAW WESTLAKE BUILDING 350 FRANK H. OGAWA PLAZA, FOURTH FLOOR OAKLAND CALIFORNIA 94612-2006 (510) 451-6732