1   B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2   LIZA SIU MENDOZA, State Bar No. 242493
    lsm@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
5   Telephone:     (510) 433-2600
    Facsimile:     (510) 433-2699
6
    Attorneys for Defendant
7   NATIONAL RAILROAD
    PASSENGER CORPORATION
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  THURMAN E. BROWN,                    Case No. C09-03401 JL

12              Plaintiff,               **SUBSEQUENT JOINT CASE
                                         MANAGEMENT STATEMENT**
13  v.
                                         Date:      December 15, 2010
14  NATIONAL RAILROAD PASSENGER          Time:      10:30 a.m.
    CORPORATION, a.k.a., "AMTRAK," a     Ctrm:      F
15  corporation,
                                         Action Filed: July 24, 2009
16              Defendant.

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LOMBARDI, LOPER & CO   NANT, LLP
1999 Harrison Street, Suite 2600
Lake Merritt Plaza
Oakland, CA  94612  -3541

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Lake Merritt Plaza
Oakland, CA 94612-3541

1  Plaintiff Thurman E. Brown and Defendant National Railroad Passenger Corporation

2  ("Amtrak") jointly submit this Subsequent Case Management Statement.

3  Since the last case management conference, plaintiff has accepted defendant's offer on

4  condition of resolving Kaiser's medical lien. Plaintiff's counsel has since learned that plaintiff

5  has Medicare Senior Advantage coverage that is administered through Kaiser. The parties are

6  now researching whether there is a Medicare lien that also needs to be resolved. The parties

7  expect it will take at least 90 days to obtain information regarding any Medicare liens and request

8  this court to continue the case management conference 120 days.

9

10 Dated: December 1, 2010

11 HILDEBRAND, McLEOD & NELSON, INC.

12

13 By:  /s/ Ryan J. Otis
        Ryan J. Otis
14       Attorneys for Plaintiff Thurman E. Brown

15

16 Dated: December 1, 2010

17 LOMBARDI, LOPER & CONANT, LLP

18 By:  /s/ Liza Siu Mendoza
        Liza Siu Mendoza
19       Attorneys for Defendant
20       National Railroad Passenger Corporation

21 The Case Management Conference is cotinued to April 6, 2011 at 10:30 a.m.

22

23



IT IS SO ORDERED

Judge James Larson

13249-39158 LSM 591970.1

2

Case No.  C09-03401 JL

SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT