B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsm@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN E. BROWN, | Case No. C09-03401 JL |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation, | Action Filed: July 24, 2009 |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612 -3541

1    IT IS HEREBY STIPULATED by and between plaintiff THURMAN E. BROWN and

2 defendant NATIONAL RAILROAD PASSENGER COMPANY, through their designated

3 counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to

4 Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

5

6 Dated:  June 6, 2011

7                                                HILDEBRAND, McLEOD & NELSON, INC.

8                                                By:  ____/s/ Ryan J. Otis_____

9                                                       Ryan J. Otis
                                                       Attorneys for Plaintiff Thurman E. Brown
10

11

12 Dated:  June 6, 2011
                                                LOMBARDI, LOPER & CONANT, LLP
13

14                                                By:   /s/ Liza Siu Mendoza_____

15                                                       Liza Siu Mendoza
                                                       Attorneys for Defendant
16                                                       National Railroad Passenger Corporation

17

18

19

20

21                          Dated: June 9, 2011

22

23                                                GRANTED

24                                                *Jacqueline S. Corley*

25                                                Judge Jacqueline Scott Corley

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541